# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

385

CA 11-02112

PRESENT: SCUDDER, P.J., SMITH, CENTRA, CARNI, AND SCONIERS, JJ.

---

IN THE MATTER OF TYRONE DAVIS,
PETITIONER-APPELLANT,

V                                                              ORDER

STATE OF NEW YORK, NEW YORK STATE OFFICE OF
MENTAL HEALTH AND NEW YORK STATE DIVISION OF
PAROLE, RESPONDENTS-RESPONDENTS.
(APPEAL NO. 2.)

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (LAURA ETLINGER OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---------------------------------------------------------------------------------

    Appeal from an order of the Supreme Court, Oneida County (William
D. Walsh, A.J.), entered September 13, 2011 in a proceeding pursuant
to Mental Hygiene Law article 10.  The order denied the motion of
petitioner for a change of venue.

    It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Aho*, 39 NY2d 241, 248; *see also* CPLR 5501
[a] [1]).

Entered:  May 3, 2013                          Frances E. Cafarell
                                               Clerk of the Court